**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ISFANDIER GAIUROV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-549-PRW |
| | ) | |
| SCARLET GRANT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On March 19, 2026, Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1). On August 12, 2026, the Court granted the Petition in part and ordered a bond hearing or Petitioner's release if he did not receive a bond hearing within seven days of the order (Dkt. 12). On August 14, 2026, Respondents filed a status report (Dkt. 13) informing the Court that Petitioner was granted asylum in May 2026 and, as of June 29, 2026, is no longer detained.

Accordingly, the Court **DISMISSES** the Petition (Dkt. 1) as moot.

**IT IS SO ORDERED** this 18th day of August 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE